UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JWD AUTOMOTIVE, INC., a Florida
corporation, individually and as the
representative of a class of similarly situated
persons

      Plaintiff,

v.                                                                                  Case No:   2:15-cv-793-FtM-29MRM

DJM ADVISORY GROUP LLC, BANNER
LIFE INSURANCE COMPANY,
WILLIAM PENN LIFE INSURANCE
COMPANY OF NEW YORK and JOHN
DOES 1-10,

      Defendants.
_____/

## ORDER

This cause is before the Court on the Unopposed Motion for *Pro Hac Vice* Admission of Lewis S. Wiener (Doc. 19) filed on January 27, 2016.  Lewis S. Wiener is requesting that he be permitted to appear specially for Defendants Banner Life Insurance Company and William Penn Life Insurance Company of New York.  The Court will allow Lewis S. Wiener to appear specially.

    **IT IS HEREBY ORDERED:**

    1)    The Unopposed Motion for *Pro Hac Vice* Admission of Lewis S. Wiener (Doc. 19) is hereby **GRANTED**.

    2)    Unless already completed, within fourteen (14) days from the date of this Order, Attorney Lewis S. Wiener shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required application fee.

3)  The Clerk is directed to add Lewis S. Wiener to the service list.

4)  Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE AND ORDERED** in Fort Myers, Florida on January 27, 2016.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties