```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

JWD AUTOMOTIVE, INC., a Florida corporation, individually and as the representative of a class of similarly situated persons dba NAPA Auto Care of Cape Coral,

      Plaintiff,

v.                                            Case No: 2:15-cv-793-FtM-29MRM

DJM ADVISORY GROUP LLC, BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK, and JOHN DOES 1-10,

      Defendants.

_____

## ORDER

On June 13, 2017, the Court held a telephonic hearing on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to Class (Doc. #62) filed on May 10, 2017. During that hearing, the parties agreed to file a revised Motion on or before June 23, 2017.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Notice to Class (Doc. #62) is **DENIED as moot.**

**DONE and ORDERED** at Fort Myers, Florida, this 14th day of June, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record