JWD v. DJM Opt-Outs

| NAME | COMPANY | ADDRESS | CITY | STATE | ZIPCODE | FAX |
|---|---|---|---|---|---|---|
| Rose Handyside | Young Township | 1517 Walston Rd. | Walston | PA | 15781 | 8149358143 |
| Randy Benthal | TR Drum LLC | 3910 U.S. Hwy 92 East | Plant City | FL | 33566 | 8137196137 |
| Sheree Scheler | Scheler & Shifflett inc | 231 Old Phila Pike | Douglassville | PA | 19518 | 6109702211 |
| Mariche Yu Fernandez | Saint Francis Square Dental Care | 41 St. Frances Square | Daly City | CA | 94015 | 6507584883 |
| Sey Jung | Royal Vista | | | | | 9095958242 |
| Wayne D. Schmoyer | Riverside Associates, P.C. | 2818 Green Street | Harrisburg | PA | 17110 | 7172386885 |
| Robert C. Hart | King of Prussia Mall | 160 N. Gulph Rd. Ste 2700 | King of Prussia | PA | 19406 | 6102651640 |
| Dorothy D Jones | Jones College | 5353 Arlington Expressway | Jacksonville | FL | 32211 | 9047431122 |
| Scott Gilliland | Gilliland Insurance Group,Inc | 2575 US Hwy | St. Augustine | FL | 32084 | 9048248022 |
| Joy A. Breske | Breske & Breske | 4447 Edgewater Drive | Orlando | FL | 32804 | 4075214571 |
| Roy Hernandez | ACI- Century, Inc. | 1551 NE Cardinal Ave | Stuart | FL | 34994 | 7722324872 |
| Jeff Tozlian | | 5167 N Pleasant Ave | Fresno | CA | 93711 | 5599064920 |
| Katherine Benyovszky | | 55 Button Wood Lane | Doylestown | PA | 18901 | 2153481994 |
| Joseph L. Folgore | F.M.W. Piping, Inc | 526 Roosevelt Avenue Box 190 | Carteret | NJ | 07008 | 7325419202 |
| Allen D. Freedman | | 66 Ballantine Road | Middletown | NJ | 07748 | 7326716731 |
| Cydia Garrett | TPMG, Inc | | | | | 5106256200 |
| Maureen A. Rochford | Innovative Underwriters | 1800 JFK Blvd. Ste 700 | Philadelphia | PA | 19103 | 2158753594 |
| Jeffery D. Cassilli | Casper Colosimo & Son, Inc | 5170 Campbells Run Road | Pittsburgh | PA | 15205 | 4127870229 |
| Grace Pagowska | State Farm Mutal Auto Insurance C | One State Farm Plaza | Bloomington | IL | 61710 | 3097668202 |
| Karen Heflin | Adams County Register of Wills an | 117 Baltimore Street Room 102 | Gettysburg | PA | 17325 | 7173341758 |
| Jay C Johnson | I Believe-Miracles Christian Ctr. | 78 Royal Dr. | Freeport | NY | 11520 | 5168680617 |